UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED D. BECK,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No.  2:15-cv-1078 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by prisoners in this district.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.  Additionally, because plaintiff is represented by counsel, counsel is directed to file a separate statement that explains his fee agreement with plaintiff and how this agreement impacts plaintiff's in forma pauperis status.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, ECF No. 3, is dismissed without prejudice;

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
2 Forma Pauperis By a Prisoner;
3    3.  Plaintiff shall, within thirty days from the filing date of this order, submit a completed
4 application to proceed in forma pauperis;
5    4.  In addition, within thirty days from the filing date of this order, plaintiff's counsel shall
6 file a statement that explains his fee agreement with plaintiff and how this agreement impacts
7 plaintiff's in forma pauperis status; and
8    5.  Failure to comply with this order will result in a recommendation that this action be
9 dismissed without prejudice.
10 DATED: May 27, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2